[No. 24827-8-I.   Division One.   October 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EDUARDO OZUNA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-02673-9, Carmen Otero, J., entered September 18, 1989. *Reversed* by unpublished per curiam opinion.

[No. 22921-4-I.   Division One.   October 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DEAN L. MCCARTY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-00212-5, Norman W. Quinn, J., entered September 8, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 12762-8-II.   Division Two.   October 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SHELDON M. MOREN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 88-1-00140-0, David R. Draper, J., entered June 23, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.